**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Lynn SMIRL, Defendant-Appellant**

No. 17-10260
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed December 20, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Lynn Smirl, Pro Se

Before JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Lynn Smirl has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Smirl has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Smirl's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Smirl's motion for appointment of substitute counsel is DENIED.

**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Erick Soriano DOMINGUEZ,
Defendant-Appellant**

No. 17-10325
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed December 20, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Erick Soriano Dominguez, Seagoville, TX, Pro Se

Before JONES, DENNIS, and GRAVES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent Erick Soriano Dominguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dominguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff-Appellee**

**v.**

**Bruce Chance RASH, also known as Chaos, Defendant-Appellant**

**No. 17-10425**
**Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Filed December 20, 2017

Before JONES, DENNIS, and GRAVES, Circuit Judges.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.